*Bank of N.Y., Respondent, v. Townley et al., Petitioners*, No. 91625-0. Petition for review of a decision of the Court of Appeals, No. 69194-5-I, March 2, 2015, 186 Wn. App. 1008. *Denied* September 30, 2015.

*TJ Landco, LLC, Respondent, v. Harley C. Douglass, Inc., et al., Petitioners*, No. 91639-0. Petition for review of a decision of the Court of Appeals, Nos. 31992-0-III and 32208-4-III, March 5, 2015, 186 Wn. App. 249. *Denied* September 30, 2015.

*State, Respondent, v. Hull, Petitioner*, No. 91641-1. Petition for review of a decision of the Court of Appeals, No. 31078-7-III, December 18, 2014, 185 Wn. App. 1005. *Denied* September 30, 2015.

*State, Respondent, v. Jones, Petitioner*, No. 91646-2. Petition for review of a decision of the Court of Appeals, No. 45001-1-II, March 31, 2015, 186 Wn. App. 1039. *Denied* September 30, 2015.

*State, Respondent, v. Perales, Petitioner*, No. 91664-1. Petition for review of a decision of the Court of Appeals, No. 31408-1-III, April 2, 2015, 186 Wn. App. 1041. *Denied* September 30, 2015.

*Spokane County, Petitioner, v. E. Wash. Growth Mgmt. Hr'gs Bd. et al., Respondents*, No. 91665-9. Petitions for review of a decision of the Court of Appeals, No. 31941-5-III, April 9, 2015, 186 Wn. App. 1047. *Denied* September 30, 2015.

*State, Respondent, v. Cox, Petitioner*, No. 91677-2. Petition for review of a decision of the Court of Appeals, No. 70927-5-I, March 9, 2015, 186 Wn. App. 1017. *Denied* September 30, 2015.